AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT
2/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI    DEPUTY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
2/20/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Valeria Murse   DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>HECTOR IXTACUY,<br><br>Defendant. | Case No. 2:25-mj-00884-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Jeo Prakash, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of December 26, 2024, in the county of Los Angeles, in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Jeo Prakash, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2/20/25

Judge's signature

City and state: Los Angeles, California

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Allison P. Morse

**AFFIDAVIT**

I, Jeo Prakash, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Hector IXTACUY, ("defendant") charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") under Immigration and Customs Enforcement ("ICE") and the Department of Homeland Security ("DHS") and have been so employed since January 2024.

4. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search

warrant. I have been a part of a number of investigations and operations directly and indirectly related to immigration and customs crimes in Southern California.

5. I have graduated both the Criminal Investigator and HSI Special Agent Programs at the Federal Law Enforcement Training Center ("FLETC") in Brunswick, GA. I have received training in numerous criminal investigations, including immigration, customs, and transnational crime. Prior to that, I was a federal officer for the United States Capitol Police. I received six months of training at FLETC in Brunswick, Georgia and Cheltenham, Maryland. Before that, I completed a Master's degree in Criminal Justice at the University of Cincinnati and Bachelor's degrees in Political Science and Criminology with a minor in Communications at the University of Florida.

### III. STATEMENT OF PROBABLE CAUSE

6. On or about December 26, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on defendant's fingerprint information that defendant was present in the United States. Specifically, the PERC notification reflected that, on or about December 25, 2024, defendant was arrested and fingerprinted by the Glendale Police Department in Los Angeles County, California, leading to a match in an FBI database. The PERC notification information showed that defendant was a previously deported alien with a criminal history.

7. I know from my training and experience that when PERC receives an electronic notification based on biometric

fingerprint information it means that the fingerprints of the subject in local custody match the fingerprints contained in that subject's DHS files.  As such, I believe defendant is the same person who is the subject of the files contained in the computer indices discussed below.

      8.   On or about February 14, 2025, I reviewed DHS and ICE law enforcement databases on defendant. These databases reflected that defendant is a citizen of Guatemala. Based on my training and experience, I know that the DHS and ICE databases track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former Immigration and Naturalization Service, or is granted permission to enter or re-enter the United States. DHS and ICE databases confirmed that defendant had been removed, deported, and/or excluded on the following dates: September 9, 2008, October 6, 2009.  The DHS and ICE databases further indicated that defendant had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

//
//
//
//
//
//

## IV. CONCLUSION

9. For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>20th</u> day of February 2025.

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

4